UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERNANDO JOSE GADEA DUARTE, A-244-339-915,

Petitioner,

v.

WARDEN OF THE CALIFORNIA DETENTION CENTER,

Respondents.

No. 1:26-cv-06789-DC-CKD P

FINDINGS & RECOMMENDATIONS

Petitioner Fernando Jose Gadea Duarte is detained by Immigrations and Customs Enforcement (ICE) and filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Respondent answered the petition. (ECF No. 10.) Petitioner did not file the optional reply and the time granted to do so has expired. Instead, petitioner filed a motion styled as "Motion to Withdraw Petition for Habeas Corpus." (ECF No. 11.) This matter is referred to the undersigned by operation of Local Rule 302(c)(17) pursuant to 28 U.S.C. § 636(b)(1). The court construes petitioner's motion to withdraw the petition as a request for voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(2). Having considered petitioner's request and the information in respondent's answer, the undersigned finds dismissal of the action without prejudice is proper.

////

For the reasons set forth above, IT IS RECOMMENDED as follows:

1. Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).
2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within seven (7) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within seven (7) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 20, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 duar6789.41(a)(2).fr